■ EDWARD STEARNS v. NEW YORK CITY TRANSIT AUTHORITY et al.— Motion granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the attorneys for defendants-respondents and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court on or before September 6, 1960, with notice of argument for the October 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente and Bergan, JJ.

■ In the Matter of MARC A. BENNETT against ANNA M. KROSS, as Commissioner of the Department of Correction of the City of New York.— Motion to dispense with printing granted insofar as to permit the appeal to be heard on the original record, without printing the same, but upon printed appellant's points. Concur — Breitel, J. P., Rabin, Valente and Bergan, JJ.

■ MAX J. LE BOYER v. BENJAMIN MARGOLIS et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before August 9, 1960, with notice of argument for the September 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente and Bergan, JJ.

■ NATIONAL GYPSUM COMPANY v. EDWARD B. ROBINSON.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 9, 1960, with notice of argument for the September 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente and Bergan, JJ.

■ KATHLEEN REECE v. BRONX POST 95 WAR VETERANS MEMORIAL ASSOCIATION, INC.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before September 6, 1960, with notice of argument for the October 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente and Bergan, JJ.

■ DE LONG CORPORATION v. MORRISON-KNUDSEN COMPANY, INC., et al.— Motion for stay denied, and the stay contained in the order to show cause, dated June 1, 1960, is vacated. Concur — Breitel, J. P., Rabin, Valente and Bergan, JJ.

■ DE LONG CORPORATION v. MORRISON-KNUDSEN COMPANY, INC., et al.— Motion to dismiss appeal denied. Concur — Breitel, J. P., Rabin, Valente and Bergan, JJ.

■ EDWARD VAN VOLKENBURG v. JULIUS L. COARDS.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 9, 1960, with notice of argument for the September 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente and Bergan, JJ.

■ CHARLES BUDD CORP. v. CALNAIL, INC.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before September 22, 1960, with notice of argument for October 4, 1960, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente and Bergan, JJ.